IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jeremy J. Quinn, Jr., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv864 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Correctional Officer Lt. Eshem, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 30, 2015 a Report and Recommendations (Doc. 90).  Subsequently, the plaintiff filed objections to such Report and Recommendation (91), defendants filed a response to the objections (Doc. 92) and plaintiff filed a reply to the response (Doc. 93)

Defendants filed a motion to strike the plaintiff's Pro-Se reply to defendants' response (Doc. 94).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant's motion for summary judgment (Doc. 83) is GRANTED.  The motion to strike is MOOT.  This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.


\_\_\_s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court